**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

## 1A CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ ___1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Philip M. Vermiglio    JOINT DEBTOR: Mary J. Vermiglio    CASE NO.: 14-32203-EPK
Last Four Digits of SS# 4862    Last Four Digits of SS# 3509

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ 121.00  for months  1  to  36 ;
  B. $_____ for months _____ to _____;
  C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,440.00 ($3500 atty fee; $190 costs; $750 strip) TOTAL PAID $ 1,000.00
Balance Due: $ 3,440.00  payable $ 110.00 /month (Months  1  to  5 ); and $ 93.23 /month (Months  6  to  36 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ally Financial                    Arrearage on Petition Date    $ PAID OUTSIDE PLAN
Address: P.O. Box 130424             Arrears Payment               $_____/month (Months _____ to _____)
         Roseville, MN 55113         Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: ___3028___             **Property is 2013 Chrysler 200**

2. Charter One/Citizens Bank         Arrearage on Petition Date    $ SEE TREATMENT BELOW
Address: P.O. Box 42113              Arrears Payment               $_____/month (Months _____ to _____)
         Providence, RI 02940-2113   Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: ___1005___             **Property is 3805 Perugia Ave., Sebring, FL**

3. Country Club Villas               Arrearage on Petition Date    $ PAID OUTSIDE PLAN
Address: 3805 Perugia Ave.           Arrears Payment               $_____/month (Months _____ to _____)
         Sebring, FL 33872           Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: _____             **Property is 3805 Perugia Ave., Sebring, FL**

4. Green Tree Servicing              Arrearage on Petition Date    $ PAID OUTSIDE PLAN
Address: 332 Minnesota St., Ste 610  Arrears Payment               $_____/month (Months _____ to _____)
         St. Paul, MN 55101          Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: ___3639___             **Property is 3805 Perugia Ave., Sebring, FL**

5. Highlands County Tax Collector    Arrearage on Petition Date    $ PAID OUTSIDE PLAN
Address: 540 S. Commerce Ave.        Arrears Payment               $_____/month (Months _____ to _____)
         Sebring, FL 33870           Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: ___14B0___             **Property is 3805 Perugia Ave., Sebring, FL**

6. _____                Arrearage on Petition Date    $_____
Address: _____               Arrears Payment               $_____/month (Months _____ to _____)
         _____               Regular Payment               $_____/month (Months _____ to _____)
Acct. Ending: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

LF-31 (rev. 01/08/10)

| Charter One/Citizens Bank<br>P.O. Box 42113<br>Providence, RI 02940-2113<br>Acct ending: 1005 | Property located at 3805 Perugia Ave., Sebring, FL 33872<br>Legal Description: Lot 14B of a re-plat of Block 253, Sun N Lake Estates of Sebring, Unit 13, according to the Plat thereof as recorded in Plat Book 12, at Page 61 of the Public Records of Highlands County, Florida; also known as County Club Villas. NOTE: The first mortgage in favor of Green Tree Servicing has a principal balance of $56,514.00. The property appraiser values the property at $47,457.00. There exists no equity in the property for the second mortgage of Charter One/Citizens Bank (acct ending 1005) and same must be stripped as a lien against the referenced real property. | | | | $0.00<br>This claim shall be stripped as a mortgage or lien against the referenced real property and treated as a general unsecured claim. |
|---|---|---|---|---|---|
| | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                              Total Due $_____
                                     Payable   $_____/month  (Months____ to ___)  Regular Payment $_____

Unsecured Creditors: Pay $ 16.77 /month (Months  6   to  36  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Philip M. Vermiglio                          /s/ Mary J. Vermiglio
Debtor                                           Joint Debtor
Date:  10/7/2014                                 Date:  10/7/2014

LF-31 (rev. 01/08/10)